

## Commonwealth v. Stewart, Appellant.

 █ 

 Submitted
September 8, 1969. *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Thompson, Appellant.

 █ 

 Argued
September 11, 1969. *Donald J. Goldberg,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Thompson, Appellant.

 █ 

 Submitted
September 15, 1969. *Harris J. Sklar,* and *Gross, Sklar & Lorry,* for appellant; *James D. Crawford,* Assistant